NETJETS

NetJets Inc.
4111 Bridgeway Avenue
Columbus, Ohio 43219

614.239.5500
netjets.com

March 6, 2025

Mr. Colin Fan

Redacted

Re:     Redacted

Dear Mr. Fan:



Sincerely,

Brad Burkhardt
Senior Contracts Specialist

Exh.

A

Docusign Envelope ID: D728A5F3-ADD9-45E1-B52C-5DFDD30DA4AA



*FRACTIONAL PROGRAM AGREEMENT*

**NETJETS FRACTIONAL PROGRAM AGREEMENT**

Redacted

**Redacted**

NetJets Aviation, Inc. ("Manager")
NetJets Sales, Inc. ("Sales")
NetJets Services, Inc. ("Services")
("NetJets")

COLIN FAN
AN INDIVIDUAL

By: _Kayla Gillham_
    6259EA45F98C468...

By: _____
    1529EE323121473...

Name:  Kayla Gillham

Name:  Colin Fan

Title:  Assistant Secretary



Docusign Envelope ID: D738AE73-ADB9-4EC1-BE2C-5DEDD20DA4AA

NETJETS®

# PROGRAM TERMS & CONDITIONS

Redacted

Docusign Envelope ID: D738AE73-ADB9-4EC1-BE2C-5DEDD20DA4AA

Redacted

Redacted

Redacted

Redacted

Docusign Envelope ID: D728AF73-ADD9-4EC1-BF2C-5D5DD29DA4AA

Redacted

Docusign Envelope ID: D728AF73-ADD9-4EC1-BF2C-5D5DD39DA4AA

By initialing below, you affirm that you have read and agree to be bound by the NetJets Fractional Program Agreement including the foregoing Program Agreement Terms and Conditions.



(Initial)

Docusign Envelope ID: D728AF73-ADD9-4FC1-BF2C-5D5DD39DA4AA

NETJETS

*LEASE AGREEMENT*

Redacted

Redacted

Docusign Envelope ID: D728AF73-ADD9-4FC1-BF2C-5D5DD39DA4AA

# Redacted

## 9.4 Confidentiality

The Parties agree (on behalf of themselves and each of their respective affiliates, stockholders, directors, members, partners, officers, managers, employees, and agents) to keep confidential the terms of the Agreement and any nonpublic information supplied to it by another Party pursuant to the Agreement. Nothing herein shall limit the disclosure of this information: (i) to the extent required by law or to carry out a Party's obligations under the Agreement; (ii) to a Party's counsel, accountants, or auditors; (iii) to a third party providing services at NetJets' direction. Such information may be disclosed in connection with litigation involving a Party, but only if the disclosing Party makes a reasonable and good faith effort to refrain from disclosing the information publicly, such as, without limitation, (i) moving to seal the information or (ii) redacting or moving to redact the information. Information which has been publicly disclosed by someone other than a Party to the Agreement, and that was not done in violation of the Agreement or another agreement or confidentiality obligation, is not subject to this provision. The protections of this confidentiality provision will extend to all information that NetJets might disclose to Owner during the conduct of any program audit, and Owner will give its auditors notice of this confidentiality requirement. Personal data will be processed, stored, and used in accordance with the terms set out in our privacy policy, available at www.netjets.com.



Redacted

# Redacted

By initialing below, you affirm that you have read and agree to be bound by the NetJets Fractional Program Agreement including the foregoing Aircraft Lease Agreement.


(Initial)



**ATTACHMENT A.1 – CLOSING STATEMENT**



Docusign Envelope ID: D728AE73-ADD9-4EC1-BF2C-5D5DD39DA4AA

# Redacted

**OWNER:**
**Colin Fan**

By: _____
1529EE323121473...

Name:    Colin Fan

# Redacted

**Redacted**

IN WITNESS WHEREOF, the Parties have executed this Fractional Dry-Lease Aircraft Exchange Terms & Conditions effective as of <u>March 7</u>, 2025.

NetJets Services, Inc. ("Services")                    COLIN FAN
                                                        AN INDIVIDUAL

By: _Kayla Gillham_____               By: _____
DocuSigned by:                                 DocuSigned by:
6259EA45F98C468...                             1529EE323121473...

Name:   Kayla Gillham                          Name:   Colin Fan
Title:   Assistant Secretary

**Redacted**

Docusign Envelope ID: D728AE73-ADD9-4EC1-BE2C-5D5DD39DA4AA

4111 Bridgeway Avenue, Columbus, OH 43219

*NETJETS*

Letter Agreement – Commercial Enhancements



Docusign Envelope ID: D728AF73-ADD9-4EC1-BF2C-5D5DD39DA4AA

4111 Bridgeway Avenue, Columbus, OH 43219

## N E T J E T S

# Redacted

ACKNOWLEDGED AND AGREED:

NETJETS AVIATION, INC.                                    COLIN FAN ("OWNER")
NETJETS SERVICES, INC.

By: _Kayla Gillham_____            By: _____

Name:   Kayla Gillham                                      Name:   Colin Fan

Title:   Assistant Secretary