## Lease Termination Final Accounting Statement

**Contract Name: Colin Fan**
**Aircraft Type:** Redacted
**Tail Number:** N Redacted QS

| | | |
|---|---|---|
| Date of Termination: | August 27, 2025 | Redacted |
| Reconciliation of Hours Calculation: | *(See Attached Spreadsheet - Over Flown -* Redacted*)* | Redacted |
| Liquidated Damages: | *(See Attached Spreadsheet)* | |
| Subtotal: | | |

**Account Activity:**

| Invoice / Credit Number | Invoice / Credit Description | Amount |
|---|---|---|
| Redacted | Redacted | Redacted |

| | |
|---|---|
| Account Activity Subtotal | $Redacted |
| **Balance Due from Colin Fan to NetJets Sales.:** | $Redacted * |

\* By initialing this annex, Colin Fan agrees as of the termination date set forth above, all amounts are correct. Colin Fan further agrees that Colin Fan shall remain responsible for and promptly pay all amounts due upon invoice in the event any additional expenses (i.e. ground transportation, catering, international fees, etc.) are invoiced after the termination of the contract as a result of flights taken while the contract was still active.

Initial: _____
***AR Number: # 44245***

Exh. B



# NETJETS®

## Reconciliation of Hours
### Final Calculation [1]
Last Revised On: 9/5/2025    By: Robert Mason

**Colin Fan**

| | |
|---|---|
| Redacted | N Redacted QS |
| Interest Size | Redacted |
| Standard Allotted Hours per Year | Redacted |
| Contract Start Date | 3/7/2025 |
| Calculation Effective Date | 8/27/2025 |
| Number of Days Elapsed during the Period [2] | Redacted |
| Allotted Hours Earned per Day | Redacted |
| Allotted Hours Earned for the Period from 3/7/25 to 8/27/25 | Redacted |
| *Carryover of Previously Applied (Over) / Under Flown Hours* | 0.0 |
| Total Hours Available for the Period | Redacted |
| Total Contract Hours Used for the Period as of Preliminary Invoice Ending 8/31/2025 | Redacted |
| **(Over) / Under Flown** Redacted **Hours** | Redacted |

[1] All Calculations subject to change upon final review and distribution of Flight Activity Invoice.
[2] Number of days in term will be dependent upon payment of Monthly Management Fee.

### Summary of Overflown Charges



| | |
|---|---|
| Redacted | Redacted |
| Excess Hours Previously Billed in the Current Contract Year    *Preliminary Invoice Ending*  8/31/2025 | 0.0 |
| Remaining Amount of Excess Hours that can be Billed  Redacted | Redacted |
| Hours Overflown for the Period | Redacted |

|  | Redacted | $ Redacted |  | Redacted | $ Redacted |
|---|---|---|---|---|---|
| Occupied Hourly Fee | Redacted | $ Redacted | Occupied Hourly Fee | Redacted | $ Redacted |
| | Redacted Redacted | $ Redacted | | Redacted | $ Redacted |
| Pre-tax Charge | | $ Redacted | Pre-tax Charge | | $ Redacted |
| Federal Excise Tax Rate | | Redacted % | Federal Excise Tax Rate | | Redacted % |
| Federal Excise Tax | Redacted [3] | $ Redacted | Federal Excise Tax | Redacted [3] | $ Redacted |

**Total Overflown Charges** [3]    $ Redacted

[3] Redacted